1  Robert Tauler  (SBN 241964)
   robert@taulersmith.com
2  Narain Kumar, Esq. (SBN 301533)
   nkumar@taulersmith.com
3  TAULER SMITH LLP
   626 Wilshire Boulevard, Suite 550
4  Los Angeles, California 90017
   Tel: (213) 927-9270
5

6  *Attorneys for Plaintiff*
   *Matthew Sorensen*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SORENSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ABBOTT LABORATORIES, an Illinois company; DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-10537-JFW-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Matthew Sorensen, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action without prejudice as to his individual claims, and without prejudice to the class claims. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. *See* Judge Virginia A. Phillips, et al., Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

DATED: January 2, 2025                TAULER SMITH LLP

                                By:   */s/ Robert Tauler*
                                      Robert Tauler, Esq.
                                      *Attorneys for Plaintiff*
                                      *Matthew Sorensen*